IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

JUN 1 3 2013

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

TUCKER MENDENHALL, )
 )
       Petitioner, )
 )
v. ) Case No. CIV 12-050-RAW-KEW
 )
DAVID PARKER, Warden, )
 )
       Respondent. )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

The court dismissed petitioner's petition for a writ of habeas corpus without prejudice for his failure to comply with the court's order to advise the court of his intentions for proceeding with this mixed petition. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 13th day of June 2013.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**